FILED

2005 SEP 16 P 3: 07

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BENNY ROUNDTREE, | NO. CIV-F-01-6502 OWW SMS P |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN Defendants' Request to File a Response in Excess of Time is granted.

9-15-05

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

30037939.wpd

[Proposed] Order

1