# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNTREE, JR., | 1:01-cv-6502 OWW SMS |
| Plaintiff, | ORDER APPROVING PAYMENT |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

Pursuant to the request for payment submitted by counsel for the Plaintiff;

IT IS HEREBY ORDERED that Patience Milrod be reimbursed the amount of $958.66, pursuant to General Order 230, part II, this Court will be reimbursed out of any recovery or settlement resulting from this action.

DATED:  September 23, 2005.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

rountree v. adams order

1