Patience Milrod # 77466
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax:  559/442-3164

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BENNY ROUNDTREE, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN DERRAL ADAMS; EDGAR CASTILLO, M.D.; MTA F.C. SCHUMACHER; CHIEF DEPUTY WARDEN T. VAUGHN; C/O WADKINS; SGT. FOUCH; SGT YOUNG; C/O RODRIGUEZ III; LT. WESTPHAL; MTA RAMIREZ; MTA BUNKER; MTA HEGGE; C/O A. PETERSEN; DR. M. FRIEDMAN; ASSOCIATE WARDEN HILL; LT. SCHUMACHER, L.G. SCHWIMMER; DOES 1-20;<br><br>Defendants. | CASE No. CV-F-01-6502-OWW-SMS-P<br><br>STIPULATION TO RESET SCHEDULING CONFERENCE<br>and<br>ORDER |

Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod, and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill, by counsel Kelli Hammond, and agree and stipulate

as follows:

1) On or about July 18, 2005, plaintiff filed a corrected second amended complaint.

2) Defendants have advised that they intend to file a motion to dismiss the complaint, which they intend to schedule for October 17, 2005.

3) There is presently calendared a scheduling conference, now set for September 16, 2005.

The parties therefore request that the date now set for the scheduling conference be vacated, and that a new date be set for some reasonable time after October 17, 2005, to allow for decision on the motion to dismiss.

IT IS SO STIPULATED.

DATED:  September 2, 2005

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

DATED:  September 9, 2005

/s/ Kelli Hammond
KELLI HAMMOND
Attorney for Defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill

**ORDER ON STIPULATION**

1 | Having reviewed the stipulation of the parties, and good cause appearing

2 | therefor, IT IS HEREBY ORDERED:

3 | The scheduling conference hearing, now set for September 16, 2005 at 8:45 a.m., is

4 | hereby vacated. The Court will set a new scheduling conference date in conjunction with

5 | its ruling on Defendants' October 17 dismissal motion.

6 | IT IS SO ORDERED.

7 | DATED: _____September 23, 2005   __/s/ OLIVER W. WANGER_____
                                            HON. OLIVER W. WANGER
8 |                                         Judge of the Eastern District