Patience Milrod # 77466
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BENNY ROUNDTREE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WARDEN DERRAL ADAMS; EDGAR ) <br> CASTILLO, M.D.; MTA F.C. ) <br> SCHUMACHER; CHIEF DEPUTY ) <br> WARDEN T. VAUGHN; C/O ) <br> WADKINS; SGT. FOUCH; SGT YOUNG;) <br> C/O RODRIGUEZ III; LT. WESTPHAL; ) <br> MTA RAMIREZ; MTA BUNKER; MTA ) <br> HEGGE; C/O A. PETERSEN; DR. M. ) <br> FRIEDMAN; ASSOCIATE WARDEN ) <br> HILL; LT. SCHUMACHER, L.G. ) <br> SCHWIMMER; DOES 1-20; ) <br> ) <br> Defendants. ) <br> ) | CASE No. CV-F-01-6502-OWW-SMS-P <br><br> **STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO MOTION TO DISMISS** <br><br> Date: October 17, 2005 <br> Time  10:00 a.m. <br> Court:  Hon. Oliver W. Wanger |

Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod, and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill, by counsel Kelli Hammond, and agree and stipulate

1

PDF created with pdfFactory trial version www.pdffactory.com

that time be extended for plaintiff to file his opposition to the dismissal motion through and until Thursday, October 6, 2005.

IT IS SO STIPULATED.

DATED: October 3, 2005                    Respectfully submitted,

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

DATED: October 3, 2005                    Respectfully submitted,

/s/ Kelli Hammond
KELLI HAMMOND
Attorney for Defendants

## ORDER ON STIPULATION

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

Plaintiff is to file his opposition to defendants' pending motion to dismiss no later than October 6, 2005.

IT IS SO ORDERED.

DATED:  ___October 3, 2005___           __/s/ OLIVER W. WANGER____
                                         HON. OLIVER W. WANGER
                                         Judge of the Eastern District

PDF created with pdfFactory trial version www.pdffactory.com