Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR., | CASE No. CV-F-01-6502-OWW-SMS |
| Plaintiff, | |
| vs. | REQUEST FOR SERVICE BY MARSHAL'S OFFICE; |
| DERRAL ADAMS, et al., | ORDER THEREON |
| Defendants. | |

COMES NOW plaintiff herein, Benny Roundtree, Jr., who is authorized to proceed In Forma Pauperis (see Court order dated February 20, 2002), and hereby respectfully applies for an order appointing the United States Marshal to effect service of process on the following defendants of that Third Amended Complaint filed on December 16, 2005:

1. LT. SCHUMACHER

2. CORRECTIONAL OFFICER A. PETERSEN

3. CHIEF DEPUTY WARDEN T. VAUGHN

4. LT. WESTPHAL

1

PDF created with pdfFactory trial version www.pdffactory.com

5. MTA BUNKER

6. L.G. SCHWIMMER

7. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

DATED: February 10, 2006                    Respectfully submitted,

                                    /s/ Patience Milrod
                                    PATIENCE MILROD
                                    Attorney for Plaintiff

## ORDER

Having reviewed the plaintiff's application, and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure, Rule 4(c)(2), the United States Marshal is appointed to effectuate service of the summons and the Third Amended Complaint in this matter on the following defendants:  LT. DAVID SCHUMACHER; CORRECTIONAL OFFICER ALISON PETERSEN; CHIEF DEPUTY WARDEN TOMMY VAUGHN; LT. JOHN WESTPHAL; MTA JASON BUNKER; L.G. SCHWIMMER; and the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.

Dated:  __Feb. 13, 2006__.

                                    _/s/ OLIVER W. WANGER__
                                    OLIVER W. WANGER
                                    United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com