EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-4638
 Fax: (916) 324-5205
 Email: Kelli.Hammond@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BENNY ROUNDTREE,** | 1:01-cv-6502 OWW SMS P |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DESIGNATION OF EXPERT WITNESSES** |
| v. | |
| **DERRAL ADAMS, et al.,** | |
| Defendants. | |

Counsel for plaintiff and defendants stipulate to extend the time for designation of experts and supplemental designation of experts to March 9, 2007 and March 23, 2007, respectively.

Plaintiff, Benny Roundtree, is a state prisoner who injured his ankle while playing basketball. Plaintiff alleges he was denied orthotic shoes and braces, causing a deteriorating condition of his feet.

///

///

1

Both plaintiff and defendants are planning to present expert testimony at trial, however, neither expert witness has examined plaintiff to ascertain the extent or cause of the alleged injury.

The parties hereby stipulate to the proposed dates for designation of experts and supplemental designation of experts to March 9, 2007 and March 23, 2007, respectively.

Date: January 10, 2007     **OFFICE OF THE ATTORNEY GENERAL**

By: */s/ Kelli M. Hammond*
KELLI M. HAMMOND
Deputy Attorney General
Attorneys for Defendants

Date: January 10, 2007     **LAW OFFICES OF PATIENCE MILROD**

By: */s/ Patience Milrod*
PATIENCE MILROD
Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   January 17, 2007**        /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE