1  Patience Milrod # 77466
   844 North Van Ness Avenue
2  Fresno, California 93728
   559/442-3111
3  Fax: 559/442-3164

4

5

6

7              IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
8                        FRESNO DIVISION

9  BENNY ROUNDTREE, JR.,           )   CASE No. CV-F-01-6502-OWW-SMS-P
                                   )
10         Plaintiff,               )   STIPULATION RE: DISCOVERY
                                   )   ISSUES AND SETTLEMENT
11     vs.                          )   CONFERENCE DATE
                                   )   and
12  WARDEN DERRAL ADAMS; EDGAR     )   ORDER
    CASTILLO, M.D.; MTA F.C.       )
13  SCHUMACHER; CHIEF DEPUTY       )
    WARDEN T. VAUGHN; C/O          )
14  WADKINS; SGT. FOUCH; SGT YOUNG;)
    C/O RODRIGUEZ III; LT. WESTPHAL;)
15  MTA RAMIREZ; MTA BUNKER; MTA   )
    HEGGE; C/O A. PETERSEN; DR. M. )
16  FRIEDMAN; ASSOCIATE WARDEN     )
    HILL; LT. SCHUMACHER, L.G.     )
17  SCHWIMMER; DOES 1-20;          )
                                   )
18         Defendants.              )
                                   )
19  ─────────────────────────────

20     Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod,

21  and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez,

22  Ramirez, Hegge, Friedman and Hill, by counsel Kelli Hammond, and agree and stipulate

23

1

PDF created with pdfFactory trial version www.pdffactory.com

as follows:

Because there are seventeen defendants, two percipient medical witnesses and at least two experts, the parties agree that the number of depositions that may be taken by either party be raised from 10 to 20 pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2)(A). The parties further stipulate to an order granting leave of Court pursuant to Rule 30(a)(2) that defendants may take Mr. Roundtree's deposition at CTF Soledad.

Because defendants have advised that they intend to file a motion to dismiss such claims as the complaint alleges against certain California Department of Corrections personnel at CTF Soledad (defendants Friedman, Hill, Schwimmer and A. Petersen), the parties hereby stipulate and agree to extend plaintiff's discovery cutoff for deposing those defendants until 30 days after the Court's ruling on the defendants' dismissal motion.

Counsel for the parties have met and conferred extensively over the past two weeks to attempt to resolve issues related to the depositions of the defendants employed at SATF Corcoran. Because logistical issues related to those depositions will likely become the subject of a motion for protective order, the parties hereby stipulate that plaintiff will electronically serve deposition notices on defense counsel no later than Thursday, February 1, 2007. The parties further stipulate to an extension of plaintiff's discovery cutoff for deposing those defendants until the later of April 30, 2007 or 30 days after the Court's or the Magistrate's ruling on the motion for protective order.

In light of the extended dates for completing depositions in this case, and in order to ensure a productive settlement conference, the parties hereby stipulate and agree to an

PDF created with pdfFactory trial version www.pdffactory.com

order continuing the settlement conference now scheduled for March 7, 2006 to May 9, 2007.

IT IS SO STIPULATED.

DATED:  January 30, 2007

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

DATED: January 30, 2007

/s/Kelli Hammond
KELLI HAMMOND
Attorney for Defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill

### ORDER ON STIPULATION

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1) **Leave of Court is hereby granted to raise the number of depositions that may be taken by either party from 10 to 20 pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2)(A).**

2) **Leave of Court is hereby granted to defendants, pursuant to Rule 30(a)(2), to take Mr. Roundtree's deposition at CTF Soledad**

3) **Plaintiff's cutoff date for deposing defendant CTF Soledad employees Friedman, Hill, Schwimmer and A. Petersen is extended**

PDF created with pdfFactory trial version www.pdffactory.com

to 30 days after the Court's ruling on the defendants' motion to dismiss claims asserted against these defendants in this action.

4)  No later than Thursday, February 1, 2007, plaintiff's counsel shall electronically serve on defense counsel the deposition notices for the remaining defendants.  Plaintiff's cutoff date for deposing those defendants is extended to the later of April 30, 2007 or 30 days after the Court's or the Magistrate's ruling on the motion for protective order.

5)  The settlement conference now set for March 7, 2006 is hereby continued to May 9, 2007 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

DATED:  1/31/07                         /s/ Oliver W. Wanger
                                        HON. OLIVER W. WANGER
                                        Judge of the Eastern District

PDF created with pdfFactory trial version www.pdffactory.com