EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-4638
 Fax: (916) 324-5205
 Email: Kelli.Hammond@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BENNY ROUNDTREE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DERRAL ADAMS, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:01-cv-06502-LJO-SMS<br><br>**ORDER FOLLOWING STIPULATION, AND VACATING CURRENT DATES AND SETTING A NEW SCHEDULING CONFERENCE**<br><br>**Date:**　　　03/22/2007<br>**Time:**　　　9:00 a.m.<br>**Courtroom:**　8 (LJO) |

　　　　Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod, and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman, and Hill, by counsel Kelli Hammond, and agree and stipulate as follows:

　　　　There are seventeen named defendants.  Of those defendants, three have not yet been served, specifically, defendants L.C. Schwimmer, A. Peterson, and J. Bunker.  Counsel for defendants received the last known addresses for Schwimmer and Peterson on March 1, 2007, and has forwarded that information to plaintiff's counsel.  Plaintiff will now attempt to serve these two defendants.  Defense counsel is still attempting to secure defendant Bunker's last

known address, and will convey it to plaintiff as soon as obtained; at that time, plaintiff will immediately attempt service on defendant Bunker.

In addition, defendants have advised plaintiff that they intend to renew their motion to dismiss the complaint on the grounds that plaintiff failed to exhaust his administrative remedies prior to filing suit as to the claims against defendants Fouch, Wadkins, Rodriguez, Young, Westphal, Hill, Friedman, and D. Schumacher. The renewed motion to dismiss will be based on a change in the law that occurred after the court ruled on defendants' motion. If defendants Peterson and Schwimmer are served before the date set for hearing defendants' motion to dismiss, they will request they be joined in defendants' motion to dismiss.

The parties have extended dates for completing depositions in this case. Based on this extension, the service of at least two additional defendants, and a hearing on defendants' renewed motion to dismiss the complaint, the parties hereby stipulate and agree to an order vacating the dates currently scheduled for discovery, designation of expert witnesses, dispositive motions, settlement conference, and trial, and for an order setting a new scheduling conference.

IT IS SO STIPULATED.

Dated:   March 1, 2007

*/s/ Patience Milrod*
PATIENCE MILROD
Attorney for Plaintiff

Dated:   March 1, 2007

*/s/ Kelli M. Hammond*
KELLI M. HAMMOND
Attorney for Defendants Adams, Castillo,
F.C. Schumacher, D. Schumacher, Fouch
Wadkins, Westphal, Young, Rodriguez, Ramirez,
Hegge, Friedman, and Hill

/ / /

/ / /

/ / /

**ORDER ON STIPULATION**

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1) The deadlines and dates currently set for conducting discovery, designation of expert witnesses, dispositive motions, settlement conference, and trial are VACATED; and

2) A new scheduling conference is set for March 22, 2007, at 9:00 a.m. before the undersigned in Courtroom 8.

IT IS SO ORDERED.

**Dated:   March 2, 2007**             /s/ Lawrence J. O'Neill
i0d3h8                                         UNITED STATES DISTRICT JUDGE