# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR., | CASE NO. 1:01-cv-06502-LJO-SMS |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS REGULAR CIVIL ACTION AND REMOVE PC FROM CASE NUMBER |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

This action has been proceeding and continues to proceed in this Court as a regular civil action. However, the internal designation was never changed to reflect that it is not being handled as a prisoner civil rights case.

The Clerk of the Court is HEREBY DIRECTED TO ADMINISTRATIVELY REDESIGNATE this action as 440 regular civil action and remove the PC from the case number.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES DISTRICT JUDGE