Patience Milrod # 77466
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax:  559/442-3164

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BENNY ROUNDTREE, JR., <br><br>           Plaintiff, <br><br>      vs. <br><br> WARDEN DERRAL ADAMS; EDGAR CASTILLO, M.D.; MTA F.C. SCHUMACHER; CHIEF DEPUTY WARDEN T. VAUGHN; C/O WADKINS; SGT. FOUCH; SGT YOUNG; C/O RODRIGUEZ III; LT. WESTPHAL; MTA RAMIREZ; MTA BUNKER; MTA HEGGE; C/O A. PETERSEN; DR. M. FRIEDMAN; ASSOCIATE WARDEN HILL; LT. SCHUMACHER, L.G. SCHWIMMER; DOES 1-20; <br><br>           Defendants. | **CASE No. CV-F-01-6502-LJO** <br><br> STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO MOTION TO DISMISS <br><br> Date: April 27, 2007 <br> Time 8:30 a.m. <br> Court:  Hon. Lawrence J. O'Neill |

    Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod, and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill, by counsel Kelli Hammond, and agree and stipulate that time be extended for plaintiff to file his opposition to the dismissal motion through and until Tuesday, April 10, 2007.

    IT IS SO STIPULATED.

DATED:  April 10, 2007                              Respectfully submitted,

          /s/ Patience Milrod

PATIENCE MILROD

Attorney for Plaintiff


DATED:  April 10, 2007          Respectfully submitted,



    /s/      Kelli Hammond

KELLI HAMMOND

Attorney for Defendants



**ORDER ON STIPULATION**

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED: Plaintiff is to file his opposition to defendants' pending motion to dismiss no later than April 10, 2007.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE