1  Patience Milrod # 77466
   844 North Van Ness Avenue
2  Fresno, California 93728
   559/442-3111
3  Fax: 559/442-3164

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BENNY ROUNDTREE, JR., | CASE No. CV-F-01-6502-OWW-SMS-P |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DESIGNATION OF EXPERTS, SUPPLEMENTAL DESIGNATION OF EXPERTS AND EXPERT DISCOVERY CUTOFF and ORDER |
| vs. | |
| WARDEN DERRAL ADAMS; EDGAR CASTILLO, M.D.; MTA F.C. SCHUMACHER; CHIEF DEPUTY WARDEN T. VAUGHN; C/O WADKINS; SGT. FOUCH; SGT YOUNG; C/O RODRIGUEZ III; LT. WESTPHAL; MTA RAMIREZ; MTA BUNKER; MTA HEGGE; C/O A. PETERSEN; DR. M. FRIEDMAN; ASSOCIATE WARDEN HILL; LT. SCHUMACHER, L.G. SCHWIMMER; DOES 1-20; | |
| Defendants. | |

Counsel for plaintiff and defendants stipulate to extend the time for

designation of experts, supplemental designation of experts and expert discovery

1

PDF created with pdfFactory trial version www.pdffactory.com

1  cutoff to October 19, 2007 , November 5, 2007, and December 13, 2007,
2  respectively.
3      Plaintiff, Benny Roundtree, is a state prisoner who injured his ankle
4  while playing basketball.  Plaintiff alleges he was denied orthotic shoes and
5  braces, causing a deteriorating condition of his feet.
6      Both plaintiff and defendants are planning to present expert testimony at
7  trial, however, neither expert witness has examined plaintiff to ascertain the extent
8  or cause of the alleged injury.
9      The parties hereby stipulate to the proposed dates for designation of
10  experts, supplemental designation of experts and expert discovery cutoff to
11  October 19, 2007, November 5, 2007 and December 13, 2007, respectively.
12
13  Date:  September ____, 2007     OFFICE OF THE ATTORNEY GENERAL
14
15
16      By: /s/ Kelli Hammond
17      KELLI M. HAMMOND
    Deputy Attorney General
18      Attorneys for Defendants
19  Date:  September ___, 2007 LAW OFFICES OF PATIENCE MILROD
20
21
22      By: /s/ Patience Milrod

PDF created with pdfFactory trial version www.pdffactory.com

PATIENCE MILROD
Attorney for Plaintiff

## ORDER

Good cause appearing, the Court orders the that the time for designation of experts, for supplemental designation of experts and expert discovery cutoff be extended to October 19, 2007, November 5, 2007 and December 13, 2007, respectively

IT IS SO ORDERED.

Dated: __Sept. 16, 2007         /s/ OLIVER W. WANGER
                                United States District Judge

3

PDF created with pdfFactory trial version www.pdffactory.com