PATIENCE MILROD #77466
844 North Van Ness Avenue
Fresno, California 93728
559.442.3111

Attorney for Plaintiff

FILED
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

|  |  |
|---|---|
| BENNY ROUNDTREE, JR., | CASE No. CV-F-01-6502-LJO-SMS |
| Plaintiff, | STIPULATION TO AMEND SCHEDULING ORDER, SUPPORTING DECLARATION OF PATIENCE MILROD and [PROPOSED] ORDER |
| vs. |  |
| DERRAL ADAMS, et al. |  |
| Defendants. |  |

Come now the parties, plaintiff Benny Roundtree, Jr., by counsel Patience Milrod, and defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill, by counsel Kelli Hammond, and agree and stipulate to an Order Amending Scheduling Order. Plaintiff, Benny Roundtree, is a state prisoner who injured his ankle while playing basketball. Plaintiff alleges he was denied orthotic shoes and braces, causing a deteriorating condition of his feet.

The parties respectfully submit there is good cause to amend this Court's

*Stipulation to Amend Scheduling Order*                                                                 1

Case 1:01-cv-06502-LJO-SMS   Document 170   Filed 11/07/07   Page 2 of 10

1  Scheduling Order of March 22, 2007, due to the difficulties and delays both parties have

2  experienced obtaining documents from California Department of Corrections officials,

3  and securing approvals from CTF Soledad for both parties' experts to examine Mr.

4  Roundtree and to view x-rays maintained at the prison pertinent to the issues in this case.

5  Both parties have exercised due diligence, but have been unsuccessful in securing timely

6  expert access to Mr. Roundtree.

7  Since the March 22, 2007 Scheduling Conference Order, the parties have twice*

8  requested short extensions of the dates for expert discovery; notwithstanding the parties'

9  good faith efforts, they have been unable to comply with those extended dates. The

10  parties agree that the experts' opinions as to whether Mr. Roundtree is actually disabled,

11  the extent of any such disability, and the anticipated duration of any such disability will

12  be pivotal to the resolution of this matter. The unavoidable delays in securing such

13  opinion have made it impossible for the parties to designate experts, produce experts'

14  reports, and to finish conducting discovery.

15  In addition, the parties agree that depositions of the individual defendants will be

16  massively time consuming and expensive for both sides. The parties have agreed to

17  focus first on the experts' opinions to determine whether those opinions definitively

18  support either side's contentions about the quality of the medical care afforded Mr.

19  Roundtree and its physical and medical consequences. If not, the plaintiff will depose

20  the defendant CDC correctional and medical personnel.

21

22  * September 12, 2007 (document 166) (granted September 19, 2007 (document 166)); and October 19, 2007 (document 167) (no action taken).

*Stipulation to Amend Scheduling Order*                                                                  2

Finally, although the parties have worked together cooperatively to identify the location of various individual defendants so that the plaintiff can arrange for service on them of the summons and complaint, one party remains unserved. Another party has just timely filed an answer to the complaint as of October 30, 2007; an additional party has been served but has not yet answered.

Therefore, the parties respectfully request the Court issue an Order making the following changes to the Scheduling Order in this case:

Expert Disclosure: from October 19, 2007 to January 11, 2008

Supplemental Expert Disclosure: from November 3, 2007 to February 8, 2008

Nonexpert Discovery Cutoff: from September 19, 2007 to April 30, 2008

Expert Discovery Cutoff: from December 13, 2007 to March 6, 2008

Pretrial Motion Filing Deadline: from March 20, 2008 to June 12, 2008

Pretrial Motion Hearing Deadline: from April 30, 2008 to July 23, 2008

Settlement Conference: None scheduled at this time.

Pretrial Conference: from July 31, 2008 to October 23, 2008

(Jury Trial) Date: from September 15, 2008 to December 8, 2008

Section 8 of the Amended Scheduling Order would read:

**8. Discovery Cutoffs And Limits**
All nonexpert discovery shall be completed no later than **April 30, 2008.**
All expert discovery shall be completed no later than March 6, 2008.

Section 9 of the Amended Scheduling Order would read:

**9. Pretrial Motion Schedule**
All pretrial motions, both dispositive and nondispositive, shall be served and filed no later than June 12, 2008. All pretrial dispositive and nondispositive motions shall be set before the appropriate judge for a

hearing to be conducted no later than July 23, 2008. At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**IT IS SO STIPULATED.**

DATED:   October 30, 2007             /s/ Kelli Hammond
                                                          KELLI M. HAMMOND
                                                          Attorney for Defendants


DATED:   October 30, 2007             /s/ Patience Milrod
                                                          PATIENCE MILROD
                                                          Attorney for Plaintiff

### DECLARATION OF PATIENCE MILROD IN SUPPORT OF STIPULATED REQUEST TO AMEND SCHEDULING ORDER

I, Patience Milrod, declare:

I am court-appointed counsel for Mr. Roundtree in the within matter. Mr. Roundtree is a state prisoner who injured his ankle while playing basketball. Plaintiff alleges he was denied orthotic shoes and braces, causing a deteriorating condition of his feet.

I am informed and believe and on that basis assert that the defendant as well as the plaintiff have experienced difficulties and delays obtaining documents from California Department of Corrections officials, and securing approvals from CTF Soledad for both parties' experts to examine Mr. Roundtree and to view x-rays maintained at the prison pertinent to the issues in this case. Both parties have exercised due diligence, but have been unsuccessful in securing timely expert access to Mr. Roundtree.

The parties agree that the experts' opinions as to whether Mr. Roundtree is

1  actually disabled, the extent of any such disability, and the anticipated duration of any
2  such disability will be pivotal to the resolution of this matter. The parties recognize that
3  depositions of the individual defendants will be massively time consuming and
4  expensive for both sides. The parties have therefore agreed to focus first on the experts'
5  opinions to determine whether those opinions definitively support either side's
6  contentions about the quality of the medical care afforded Mr. Roundtree and its physical
7  and medical consequences. If not, the plaintiff will depose the defendant CDC
8  correctional and medical personnel. Thus the unavoidable delays in securing experts'
9  opinions have made it impossible for the parties not only to designate experts and to
10 produce experts' reports, but also to finish conducting nonexpert discovery.

11  Finally, although the parties have worked together cooperatively to identify the
12 location of various individual defendants so that the plaintiff can arrange for service on
13 them of the summons and complaint, one party remains unserved. Another party has
14 just timely filed an answer to the complaint as of October 30, 2007; an additional party
15 has been served but has not yet answered. Please see attached Exhibit A, which is a true
16 and correct summary from plaintiff's files showing efforts made to locate and serve
17 defendants, to locate medical records, and to obtain access to the facility for plaintiff's
18 expert.

19  I declare under penalty of perjury under the laws of the State of California that the
20 foregoing is true and correct, and that I have executed this declaration on October 30,
21 2007 at Fresno, California.

22                              /s/ Patience Milrod
                                PATIENCE MILROD

*Stipulation to Amend Scheduling Order*                                    5

1                                Attorney for Benny Roundtree

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*Stipulation to Amend Scheduling Order*                                                         6

# EXHIBIT A

**ATTEMPTS TO LOCATE AND SERVE DEFENDANTS:**

4/27/04-service returned unexecuted for Bunker
4/15/04-service returned unexecuted for Peterson
4/15/04-service returned unexecuted for L.G. Schwimmer
7/26/06-serivce returned unexecuted for Peterson
11/6/06-service returned unexecuted for Bunker

1/20/06 - 10/26/06 phone calls made to and from DAG Hammond trying to help us locate Peterson and Schwimmer

3/1/07 - call from DAG Hammond: she has addresses for Schwimmer and Perterson

3/5/07 - sent packets to US Marshal's office for Peterson and Schwimmer

3/15/07 - DAG Hammond calls: Bunker was paroled out of Hanford—we should try to locate him through Parole

4/12/07 - follow up with US Marshal's office on service for Peterson and Schwimmer

4/25/07 - US Marshal's office called: documents missing; please resend packet to Sacramento office for Peterson and Schwimmer

5/17/07 - sent packet to US Marshal's office to serve Peterson and Schwimmer

5/21/07 - call from US Marshal's office confirming they are serving Peterson and Schwimmer

5/23/07-6/15/07 - tried to contact parole office to find Bunker; contact finally made, got address for Bunker

9/11/07 - sent packet to marshals to serve Bunker

9/27/07-resend packet to US Marshal's office for Bunker (per Marshal's office in Sacramento)

**MEDICAL RECORDS:**

8/14/07 - Request most recent records
8/20/07 - 8/24/07-follow up on records
9/5/07 - records are being overnighted
9/7/07 – records received
10/30/07 – notification that additional records have been generated since 9/5/07

**EXPERT CLEARANCE:**

8/14/07 - call to prison to find out what they need
8/24/07-10/25/07 - phone calls back and forth to prison and expert office for clearance and dates

1 | as of 10/30/07 - still no clearance
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# [PROPOSED] ORDER

Having read and reviewed the stipulation of the parties and the supporting declaration of Patience Milrod, and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order filed March 22, 2007 shall and is hereby amended as follows:

Expert Disclosure: January 11, 2008

Supplemental Expert Disclosure: February 8, 2008

Nonexpert Discovery Cutoff: April 30, 2008

Expert Discovery Cutoff: March 6, 2008

Pretrial Motion Filing Deadline: June 12, 2008

Pretrial Motion Hearing Deadline: July 23, 2008 *at 8:30*

Pretrial Conference: October 23, 2008 *at 8:30 Am*

(Jury Trial) Date: December 8, 2008 *at 9:00 Am*

Section 8 of the Scheduling Order is amended to read:

**8. Discovery Cutoffs And Limits**

All nonexpert discovery shall be completed no later than **April 30, 2008**.

All expert discovery shall be completed no later than **March 6, 2008**.

Section 9 of the Scheduling Order is amended to read:

**9. Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive, shall be served and filed no later than **June 12, 2008**. All pretrial dispositive and nondispositive motions shall be set before the appropriate judge for a

hearing to be conducted no later than **July 23, 2008**.  At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

In all other respects, the March 22, 2007 Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: Nov 7, 2007

HON. LAWRENCE J. O'NEILL
Judge of the Eastern District