**Patience Milrod # 77466**
**Law Office of Patience Milrod**
**844 North Van Ness Avenue**
**Fresno, California 93728**
**559/442-3111**
**Fax: 559/442-3164**

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DERRAL ADAMS, et al., ) <br> ) <br> Defendants. ) <br> ) | CASE No. CV-F-01-6502-LJO-SMS <br><br> REQUEST FOR PAYMENT; <br> [General Order 230, Part II] <br><br> ORDER |

To the Clerk of the court for the Eastern District of California:

I declare under penalty of perjury that I have completed the action contemplated in plaintiff's application for funds filed on February 25, 2004 and approved on March 12, 2004, that I have incurred actual costs in the amount of $2, 000.00, and that I have paid those costs.  (see attachment for Dr. Aaronson's invoice)

I therefore request reimbursement of this expense.  I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

1

PDF created with pdfFactory trial version www.pdffactory.com

Signed this <u>11</u> day of <u>January</u>, 2008, at Fresno, California

                /s/Patience Milrod____
                **PATIENCE MILROD**
                Attorney for Plaintiff

## ORDER FOR REQUEST FOR PAYMENT

Having reviewed the plaintiff's request,

**IT IS HEREBY ORDERED:**

That Patience Milrod, counsel for plaintiff, be reimbursed in the amount of $2, 000.00 for the cost incurred.

Dated:  1/14/2008

                /s/ Sandra M. Snyder
                **SANDRA M. SNYDER**
                United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com