Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164



FILED

JAN 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY ROUNDTREE, JR.,                )   CASE No. CV-F-01-6502-LJO-SMS
                                     )
         Plaintiff,                  )
                                     )   REQUEST FOR PAYMENT
vs.                                  )   [General Order 230, Part II]
                                     )
DERRAL ADAMS, et al.,                )
                                     )
         Defendants.                 )
_____)

To the Clerk of the court for the Eastern District of California:

I declare under penalty of perjury that I have completed the action contemplated in plaintiff's application for funds filed on February 25, 2004 and approved on March 12, 2004, that I have incurred actual costs in the amount of $2, 000.00, and that I have paid those costs. (see attachment for Dr. Aaronson's invoice)

I therefore request reimbursement of this expense. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

1

Signed this 11 day of January, 2008, at Fresno, California

/s/Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

## [PROPOSED] ORDER FOR REQUEST FOR PAYMENT

Having reviewed the plaintiff's request,

IT IS HEREBY ORDERED:

That Patience Milrod, counsel for plaintiff, be reimbursed in the amount of $2,000.00 for the cost incurred.

Dated: Jan 15, 2008

Lawrence J. O'Neill
United States District Judge

2