Patience Milrod # 77466
Law Office of Patience Milrod
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111
Fax: 559/442-3164





**FILED**

MAR 03 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY ROUNDTREE, JR.,

    Plaintiff,

vs.

DERRAL ADAMS, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

**CASE No. CV-F-01-6502-LJO-SMS**

*EX PARTE* **REQUEST FOR AUTHORITY TO INCUR COSTS AND REQUEST FOR PAYMENT PURSUANT TO GENERAL ORDER NUMBER 230; [PROPOSED] ORDER THEREON**

I, Patience Milrod, attorney for plaintiff declare as follows:

I was appointed to represent plaintiff in this action on September 3, 2003, by the Honorable SANDRA M. SNYDER, United States District Magistrate Judge. I believe that the following course of action was reasonably necessary in order to further the parties' attempts to settle this action:

Between January 28, 2008 and February 1, 2008 counsel exchanged their expert podiatrist reports. On February 13, 2008, my staff scheduled a telephone conference for February 20, 2008, in which Ms. Hammond and I were to discuss the experts' reports in order to determine whether we could progress toward settlement of the case.

1

1        I realized on February 19, 2008 that in order to have a productive discussion with

2  opposing counsel, I needed to have an opinion from plaintiff's expert, Dr. Aaronson,

3
4  about the defense expert's conclusions. Therefore, I needed Dr. Aaronson to review

5  defendants' expert report, and to discuss with me his view of its accuracy, thoroughness,

6  methodology, conclusions, etc.   Due to the imminence of the previously-scheduled

7  phone conference with opposing counsel, I incurred this cost without first getting

8  authorization from this Court pursuant to General Order 230.
9

10       I have incurred, and have paid, an additional cost of $ 200.00 for the additional

11  work that Dr. Aaronson did. (See attached invoice.) I therefore request that this court

12  authorize the expenditure and reimbursement in the amount of $ 200.00 for the

13  completion of this course of action.
14

15       To date, two payments for costs have been approved in this matter: one payment

16  in the amount of $ 958.66, and another payment for $ 2,000.00 have been reimbursed to

17  plaintiff's counsel.

18       I declare under penalty of perjury under the law of the State of California that the
19
20  foregoing is true and correct, and that this declaration is executed this 27th day of

21  February 2008, in Fresno, California.

22

23

24                    /s/ Patience Milrod
                             PATIENCE MILROD
25                             Attorney for Plaintiff

26

27

28

1

2      **[PROPOSED] ORDER FOR AUTHORITY TO INCUR COSTS AND**
3                **REIMBURSEMENT FOR PAYMENT**

4

5          Having reviewed the plaintiff's application, and good cause appearing therefor,

6      IT IS HEREBY ORDERED:

7      The above expenditure is

8      _____ Approved.

9
10     _____ Disapproved.

11     and that Patience Milrod, counsel for plaintiff, be reimbursed in the amount of $200.00 for

12     the cost incurred.

13

14     Dated: _March 1, 2008_
15
16     _____
17                          LAWRENCE J. O'NEILL
                            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3



**Craig R. Aaronson, D.P.M.**
Podiatrist - Foot Specialist

DIPLOMATE, AMERICAN BOARD OF PODIATRIC ORTHOPEDICS
AND PRIMARY PODIATRIC MEDICINE

022008
Milrod. Patience
844 N. Van Ness
Fresno, CA 93728

Re: Benny Roundtree- P 17140

Dear Patience,

Enclosed please find an itemization of charges to the court:

| | | |
|---|---|---|
| 02/20/08 | 45 min- Review of report from Dr. Schlegel | 150.00 |
| 02/20/08 | 15 min. Phone conversation with Patience Milrod | 50.00 |



FEB **23** 2008

Total:          $200.00

Thank you very much,

Craig Aaronson, D.P.M.

5305 NORTH FRESNO ST., SUITE 106A  •  FRESNO, CALIFORNIA 93710  •  (559) 229-3668  •  FAX (559) 244-5866