# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR., | CASE NO. 1:01-cv-06502-LJO-SMS PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC STATUS CONFERENCE RE. SETTLEMENT NEGOTIATIONS, AND STAYING DEADLINES |
| v. | |
| DERRAL G. ADAMS, et al., | |
| Defendants. | Date:      October 2, 2008<br>Time:      3:30 p.m.<br>Courtroom: 7 (SMS) |
| / | |

Plaintiff's counsel Patience Milrod and Defendants' counsel Kelli Hammond appeared by telephone for a status conference on settlement negotiations. The status conference is continued to **October 2, 2008, at 3:30 p.m.** to allow Ms. Hammond to investigate the circumstances surrounding Plaintiff's claim that his new boots and braces were confiscated during a recent cell search. All deadlines remained stayed. As set forth during the hearing, the Court believes settlement may still be possible in this matter.

IT IS SO ORDERED.

**Dated:    September 18, 2008**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

1