1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BENNY ROUNDTREE, JR.,                    CASE NO. 1:01-cv-06502-LJO-SMS

10              Plaintiff,                   ORDER   CROSS-DESIGNATING   CASE   TO
                                            JUDGE VADAS FOR SETTLEMENT
11      v.
                                            ORDER SETTING SETTLEMENT
12  DERRAL G. ADAMS, et al.,                CONFERENCE BEFORE JUDGE VADAS ON
                                            JANUARY 20, 2009, AT 1:00 P.M., AND
13              Defendants.                  REQUIRING PARTIES TO SUBMIT
                                            CONFIDENTIAL SETTLEMENT
14                                          CONFERENCE STATEMENTS TO JUDGE
                                            VADAS ON OR BEFORE JANUARY 6, 2009
15  _____/

16

17          The parties to this action have agreed to participate in a settlement conference before United

18  States Magistrate Judge Nandor J. Vadas.  Accordingly, it is HEREBY ORDERED that:

19          1.      This case is cross-designated to the Honorable Nandor J. Vadas for settlement

20                  purposes only;

21          2.      The settlement conference shall be conducted on January 20, 2009, at 1:00 pm.

22                  before Judge Vadas at California State Prison-Solano;[1]

23          3.      Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report

24                  in this case indicating the outcome of the settlement proceedings; and

25          4.      On or before January 6, 2009, Plaintiff and Defendants shall submit confidential

26                  settlement conference statements by mail to:

27
28

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

IT IS SO ORDERED.

**Dated:    December 1, 2008**               /s/ **Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE