IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR.,<br><br>Plaintiff,<br><br>v<br><br>DERRAL G. ADAMS, et al.,<br><br>Defendants. | Case No C 01-6502 LJO SMS<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>January 20, 2009</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Kelli Hammond and Shanan Hewitt Bunker

☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel and Plaintiff's counsel, Patience Milrod

(2)     The following individuals, parties, and/or representatives did not appear:

(3)     The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  2/18/09                                  _____
                                                Nandor J Vadas
                                                United States Magistrate Judge
                                                Northern District of California
                                                Sitting by Designation

**United States District Court**
For the Northern District of California