# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR.<br><br>          Plaintiff,<br><br>     vs.<br><br>DERRAL ADAMS, Warden, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 01-6502- LJO- SMS<br><br>**ORDER AFTER SETTLEMENT** |

On February 18, 2009, United States Magistrate Judge Nandor J. Vadas filed an order to indicate that this case has settled (Doc. 195). Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than March 18, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety. **While, for good cause, that date may be extended, at the very least, on or before that date, Counsel must JOINTLY represent to the Court that a written settlement agreement has been entered into that is an enforceable document should a motion to enforce be required. If the latter is not accomplished, the trial date of April 20, 2009 will be confirmed and all parties will be required to be ready to proceed to trial on the scheduled date.**

Failure to comply with this order constitute grounds for the imposition of sanctions on counsel or parties who contribute to violating this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:     February 19, 2009**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1