IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY ROUNDTREE, JR.<br><br>Plaintiff,<br><br>vs.<br><br>DERRAL ADAMS, Warden, et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 01-6502- LJO- SMS<br><br>**ORDER SHORTENING TIME FOR HEARING** |

On March 9, 2009, Plaintiff Benny Roundtree, Jr. ("plaintiff") moved to continue the trial date and to amend the scheduling order. (Doc. 197). Plaintiff further filed a stipulation and proposed order to shorten time for a hearing on this motion. The parties stipulate to set the hearing for this motion on Monday, March 23, 2009. According to the stipulation, defendants intend to file a motion to enforce the oral settlement agreement and both parties agree to have that motion heard on March 23, 2009 also. (Doc. 198). The parties stipulate to a hearing on shortened time because a jury trial is scheduled to begin in this eight-year-old action on April 20, 2009. Accordingly, this Court sets the following briefing schedule for plaintiff's motion to continue trial date and to amend the scheduling order and defendants' motion to enforce the oral settlement agreement.

1. Defendants shall file and serve their motion to enforce the oral settlement agreement no later than **March 11, 2009**;

1

2. The parties shall file their respective oppositions no later than **March 17, 2009**;

3. The parties shall file their respective replies no later than **March 19, 2009 at 2:00 p.m.**; and

4. A hearing, if necessary, is set on **March 23, 2009 at 8:15 a.m. in Courtroom 4 (LJO).** Counsel may appear telephonically by arranging a one-line call and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:    March 10, 2009**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE