FILED

MAR 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNY ROUNDTREE, JR. | CASE NO. CV F 01-6502- LJO- SMS |
| Plaintiff, | **ORDER FOR CONFIDENTIAL TELEPHONE CALL** |
| vs. | |
| DERRAL ADAMS, Warden, et al., | |
| Defendants. | |

To discuss settlement in this matter, this Court hereby ORDERS Ben Curry, Warden of the Correctional Training Facility at Soledad, to provide a confidential telephone call between inmate Benny Roundtree, Jr. and his counsel of record Patience Milrod to take place on Monday, March 23, 2009.

IT IS SO ORDERED.

Date: March 23, 2009.   Signed: _____
Honorable Lawrence J. O'Neill
United States District Judge

1