1  Patience Milrod # 77466
   844 North Van Ness Avenue
2  Fresno, California 93728
   559/442-3111
3  Fax:  559/442-3164

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
                        FRESNO DIVISION
10

11                                      )
   BENNY ROUNDTREE, JR.,                )   CASE No. CV-F-01-6502-LJO-SMS
12                                      )
         Plaintiff,                     )
13                                      )   **STIPULATION TO VOLUNTARY**
         vs.                            )   **DISMISSAL and**
14                                      )   **ORDER**
   WARDEN DERRAL ADAMS; EDGAR           )
15 CASTILLO, M.D.; MTA F.C.             )
   SCHUMACHER; CHIEF DEPUTY             )
16 WARDEN T. VAUGHN; C/O                )
   WADKINS; SGT. FOUCH; SGT YOUNG;)
17 C/O RODRIGUEZ III; LT. WESTPHAL;     )
   MTA RAMIREZ; MTA BUNKER; MTA         )
18 HEGGE; C/O A. PETERSEN; DR. M.       )
   FRIEDMAN; ASSOCIATE WARDEN           )
19 HILL; LT. SCHUMACHER, L.G.           )
   SCHWIMMER; DOES 1-20;                )
20                                      )
         Defendants.                    )
21
         Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), it is hereby
22
   stipulated by and between the parties to this action, through their designated attorneys

*Stipulation to Voluntary Dismissal and [Proposed] Order*                               1

of record, that the above-entitled action be and hereby is dismissed with prejudice subject to the terms and conditions of the attached Settlement Agreement and Mutual Release, and specifically that Magistrate Judge Vadas will retain jurisdiction to mediate any disputes arising out of this settlement agreement for a period not to exceed one year.

Dated:  June 9, 2009

/s/Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

Dated: June 9, 2009                ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

/s/Kelli Hammond
KELLI HAMMOND
Deputy Attorney General
Attorney for Defendants Adams, Castillo, F.C. Schumacher, Wadkins, Fouch, Young, Rodriguez, Ramirez, Hegge, Friedman and Hill

Dated:  June 9, 2009                MORENO & RIVERA, LLP
Attorneys for defendant Jason Bunker

/s/Shanan Hewitt
By SHANAN HEWITT

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, subject to the terms and conditions of the Settlement Agreement and Mutual Release

1  executed by the parties on June 9, 2009, and specifically that Magistrate Judge Vadas will

2  retain jurisdiction to mediate any disputes arising out of this settlement agreement for a

3  period not to exceed one year from June 9, 2009.

4      IT IS SO ORDERED.

5  DATED: June 10, 20009_____　　　　　　/s/ Lawrence J. O'Neill_____
                                                   HON. LAWRENCE J. O'NEILL
6                                                     Judge of the Eastern District