IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY ROUNDTREE, JR.,

    Plaintiff,

    v

DERRAL G. ADAMS, et al.,

    Defendants.

Case No C 01-6502 LJO SMS

SUPPLEMENTAL REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on January 20, 2009. Thereafter the parties engaged in further settlement negotiations.

(1) The following individuals, parties, and/or representatives participated in the proceedings, each possessing the requisite settlement authority:

    ☒ Plaintiff and Plaintiff's counsel, Patience Milrod.

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Kelli Hammond and Shanan Hewitt Bunker

    ☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Following the initial filing of Report of Pro Se Prisoner Early Settlement Proceeding on February 18, 2009, the parties continued to communicate with each other and this court in regards to a final settlement. The parties have come to an agreement and have filed "Stipulation To Voluntary Dismissal and Proposed Order" on June 10, 2009. The Honorable Lawrence J. O'Neill has signed said order, and the matter is fully settled and dismissed.

Date: 6/22/09

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation